**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 610 MAL 2019

Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v.

TERRENCE R. YOAST,

Petitioner

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.